IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **10-cv-2379-PAB**

**TRACI E. WILLMS,**

        Plaintiff,

v.

**LVN CORPORATION,
MGC MORTGAGE, INC.,
GMAC MORTGAGE, and
CAROL SNYDER, Adams County Public Trustee,**

        Defendants.

## ORDER

Kane, J.

This matter is before me on Plaintiff's Unopposed Motion for Temporary Restraining Order (Doc. 12). I have considered Plaintiff's Verified Amended Complaint (Doc. 4), Motion for Temporary Restraining Order (Doc. 12) and the supporting affidavits and exhibits (Docs. 12-2, 12-2), and I find that unless a Temporary Restraining Order is granted, Plaintiff will suffer immediate and irreparable loss in that she will lose any rights to her property after October 13, 2010.

I therefore ORDER that Plaintiff Traci E. Willms' Motion for a Temporary Restraining Order is GRANTED. Defendants, defendants' officers, agents, servants, employees, and attorneys, and any persons who are in active concert or participation with those listed here are temporarily ENJOINED from foreclosing on the mortgage securing the property legally described on the record and commonly known as 382 North 9th Avenue,

Brighton, Colorado 80601. Pursuant to Fed. R. Civ. P. 65(b), this Temporary Restraining Order will expire at noon on Tuesday, October 26, 2010, unless for good cause shown the court extends it for a like period or the adverse parties all consent to a longer extension.

It is further ORDERED that Pursuant to Fed.R.Civ.P. 65(c), no bond is required. Upon motion by the defendants, the court may require a cond for this order to continue past that date.

It is further ORDERED that the parties shall contact Judge Brimmer's chambers as soon as possible to schedule a preliminary injunction hearing.

It is further ORDERED that Plaintiff shall cause this order to be served upon the defendants in a way that comports with the applicable Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated this 12th day of October, 2010.

BY THE COURT:

*s/John L. Kane*
For Phillip A. Brimmer, Judge
United States District Court