IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02379-PAB

TRACI E. WILLMS,

    Plaintiff,

v.

LNV CORPORATION,
MGC MORTGAGE, INC.,
GMAC MORTGAGE, and
CAROL SNYDER, ADAMS COUNTY PUBLIC TRUSTEE,

    Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANT CAROL SNYDER, ADAMS COUNTY PUBLIC TRUSTEE**
_____

THIS MATTER comes before the Court upon plaintiff's Motion to Voluntarily Dismiss Defendant Carol Snyder, Adams County Public Trustee [Docket No. 13]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion to dismiss [Docket No. 13] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant Carol Snyder, Adams County Public Trustee are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 19, 2010.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge