# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: January 13, 2011  
Time: 04 minutes

**CASE NO.  10-cv-02379-PAB**

| Parties | Counsel |
|---|---|
| **TRACI E. WILLMS,** | Sarah Parady |
| Plaintiff (s), | |
| vs. | |
| **LNV CORPORATION,** | Katharine Fisher |
| **MGC MORTGAGE, INC., and** | Karen Brody |
| **GMAC MORTGAGE,** | Dana Baggs |
| Defendant (s). | |

## HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**8:40 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Traci E. Willms is present.

**Plaintiff's Motion for Preliminary Injunction (Doc #5), filed 9/29/10.**

Ms. Parady advises that the plaintiff signed a loan modification and settlement agreement in this case.

Page Two
10-cv-02379-PAB
January 13, 2011

Ms. Parady moves to withdraw Plaintiff's Motion for Preliminary Injunction.

No objection by the defendants.

**ORDERED:**  Plaintiff's Motion for Preliminary Injunction (Doc #5), filed 9/29/10 is **WITHDRAWN**.

Discussion regarding time needed to finalize and execute settlement documents.

**ORDERED:**   Plaintiff shall file a status report by **February 15, 2011.**

Discussion regarding the status of the remaining defendant GMAC Mortgage.

**8:44 a.m.      COURT IN RECESS**

**Total in court time:         04 minutes**

**Hearing concluded**